DAVID A. ROSENFELD, Bar No. 058163
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Petitioners

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JIM BENO, STEVE MACK, DON CROSATTO, CRAIG ANDREWS, CHRIS CHRISTOPHERSON,<br><br>          Petitioners,<br><br>       v.<br><br>WILLIAM BRUNELLI, CHARLIE DiBARI, JAMES CANTERBURY, RON NELSON & GEORGE HALL,<br><br>          Respondents, | No.    3:07-CV-02654 MEJ<br><br><br>REQUEST FOR DISMISSAL |

     Plaintiffs hereby request that this matter be dismissed without prejudice pursuant to the provisions of federal Rule of Civil Procedure 41(a)(1)(i).

Dated: June 22, 2007

                            WEINBERG, ROGER & ROSENFELD
                            A Professional Corporation

                  By:   _____
                            DAVID A. ROSENFELD
                            Attorneys for Plaintiffs

116202/461038

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001