DAVID A. ROSENFELD, Bar No. 058163
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Petitioners

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM BENO, STEVE MACK, DON CROSATTO, CRAIG ANDREWS, CHRIS CHRISTOPHERSON, <br><br> Petitioners, <br><br> v. <br><br> WILLIAM BRUNELLI, CHARLIE DiBARI, JAMES CANTERBURY, RON NELSON & GEORGE HALL, <br><br> Respondents, | No.   3:07-CV-02654 MEJ <br><br> REQUEST FOR DISMISSAL <br><br> AND ORDER THEREON |

Plaintiffs hereby request that this matter be dismissed without prejudice pursuant to the provisions of federal Rule of Civil Procedure 41(a)(1)(i).

The Clerk of Court shall close the file.

Dated: June 22, 2007

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/
DAVID A. ROSENFELD
Attorneys for Plaintiffs

Dated: June 26, 2007

[GRANTED — Judge Maria-Elena James]

REQUEST FOR DISMISSAL